# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1200

_____

Dennis W. Cain,                          *
                                         *
            Appellant,                   *
                                         *   Appeal from the United States
        v.                               *   District Court for the
                                         *   Eastern District of Arkansas.
Larry Norris, Director, Arkansas         *
Department of Correction; Genette        *        [UNPUBLISHED]
Moore, Mailroom Supervisor, Pine         *
Bluff Unit, ADC; Rick Toney; Ray         *
Hobbs, Assistant Deputy Director,        *
ADC,                                     *
                                         *
            Appellees.                   *

_____

Submitted: August 29, 2006
    Filed:  September 5, 2006

_____

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Arkansas inmate Dennis W. Cain appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we agree with the district court's decision to dismiss the case, and accordingly affirm. See 8th Cir. R. 47A(a). See also Wolff v. McDonnell, 418 U.S. 539, 576-77 (1974); Gardner v. Howard, 109 F.3d 427, 431 (8th Cir. 1997).

_____

---

[1]The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.